IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14  PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

WILLIE C. PHIPPS,

    Plaintiff,

Vs.

SENTINEL REAL ESTATE CORPORATION,

    Defendant.

NO. 05-2458 Ma V
JURY DEMANDED

## AGREED RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held, ~~December 19, 2005 at 2:00 p.m.~~ Present were Joseph M. Crout, counsel for plaintiff, and Robert D. Flynn, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  January 2, 2006

JOINING PARTIES:                                         February 17, 2006

AMENDING PLEADINGS:                                      February 17, 2006

INITIAL MOTIONS TO DISMISS:                              March 17, 2006

COMPLETING ALL DISCOVERY:                                July 14, 2006

    (a)    DOCUMENT PRODUCTION:                          July 14, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND
            REQUESTS FOR ADMISSIONS:                      July 14, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

           (1)    DISCLOSURE OF PLAINTIFF'S RULE 26
                  EXPERT INFORMATION:                  May 12, 2006

           (2)    DISCLOSURE OF DEFENDANT'S RULE 26
                  EXPERT INFORMATION:                  June 12, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___12-15-05___

5

(3) EXPERT WITNESS DEPOSITION: July 14, 2006

FILING DISPOSITIVE MOTIONS: August 14, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last three (3) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: December 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02458 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT